PATRICK H. HICKS, ESQ., Bar #4632
WENDY MEDURA KRINCEK, ESQ., Bar #6417
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89109.0945
Telephone: 702.862.8800
Facsimile: 702.862.8811

Attorneys for Defendant
ALBERTSONS, INC.

APRIL O'BRIEN, ESQ. Bar #6440
401 N. Buffalo, Suite 202
Las Vegas, NV 89145
Telephone: 702.366.0003
Facsimile: 702.366.0004

Attorneys for Plaintiff
JOSE L. JOVEL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE L. JOVEL,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS, INC., a Delaware corporation; ROE corporations I-X and DOES I-X; inclusive,<br><br>Defendants. | Case No. CV-S-04-0659-RLH-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties, Jose L. Jovel and Albertsons, Inc., by and through their respective counsel of record have entered a Settlement Agreement and hereby stipulate and respectfully request an order dismissing with prejudice all claims filed in this matter against Defendant Albertsons, Inc. and any affiliated subsidiaries and entities.

. . .

. . .

Each party shall bear their own costs and fees for the claims and causes of action dismissed by this stipulation and order. This Stipulation and Order disposes of this matter in its entirety.

Dated: October 12, 2004

By: _____
APRIL O'BRIEN, ESQ.
401 N. Buffalo, Suite 202
Las Vegas, NV 89145
Attorneys for Plaintiff

Dated: October 18, 2004

By: _____
PATRICK H. HICKS, ESQ.
WENDY MEDURA KRINCEK, ESQ.
Littler Mendelson, P.C.
3930 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89109
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

DATED: _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

Las Vegas:27531.1 014086.1016
9/29/04 11:44 AM

2.